**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEANNETTE PETERSON, et al.,

        Plaintiffs,

v.                                            Case No. 08-15217

UNITED STATES OF AMERICA,

        Defendant.

        _____/

**ORDER CANCELING STATUS CONFERENCE**

On November 12, 2009, the parties in the above-captioned case submitted a "Stipulation to Dismissal" to the court. After reviewing the "Stipulation," it was evident that attorney Thomas Norton was representing Plaintiffs. The papers filed by Plaintiffs, however, were electronically signed by another attorney, Christopher Trainor. This practice, whereby a party's actual attorney files papers using another attorney's ECF username and login, violates the local rules governing electronic filing. *See* E.D. Mich. LR App'x ECF R3. The court scheduled a status conference with the attorney of record, Mr. Trainor, and Plaintiffs to address the issue. After scheduling the conference, Mr. Norton has complied with the local rules, registered as an electronic filer, made an appearance on the court's docket, and adequately explained the situation in a letter addressed to the court. Now that the inconsistency of attorneys identified in the court's docket has been resolved, the court will cancel the status conference and enter the parties' stipulated dismissal. Accordingly,

IT IS ORDERED that the scheduling conference scheduled for November 25, 2009, at 2:00 p.m. is CANCELLED.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 24, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\08-15217.PETERSON.Cancel.Conf.bsc.wpd